RECEIPT # 121600
AMOUNT: $405.00
DEC 16 2025
CASHIER'S SIGNATURE

2025 DEC 16 AM 11:55
CLERK'S OFFICE USDC PR
RECEIVED CASHIER

**December 16, 2025**

**Petition of Injunction
For the United States District Court of Puerto Rico**

DR. ENRIQUE VÁZQUEZ QUINTANA, M.D.,
Plaintiff,

V.

Local Court employee acting under the color of law.
Defendant

Civil Action No. 25-cv-1673 SCC

**COMPLAINT FOR PROSPECTIVE INJUNCTIVE RELIEF ONLY
(42 U.S.C. § 1983 – Fourteenth Amendment)
I. INTRODUCTION**

1. This is a federal civil rights action brought under 42 U.S.C. § 1983 seeking prospective injunctive relief only to halt an ongoing violation of the Due Process Clause of the Fourteenth Amendment.

2. Plaintiff does not seek monetary damages, restitution, compensation, or retrospective relief of any kind.

3. Plaintiff does not request that this Court reverse, vacate, modify, or otherwise disturb any judgment issued by a Puerto Rico court.

4. Instead, Plaintiff challenges the continued enforcement, recognition, and reliance by state actors on the results of a constitutionally defective adjudicative process—a process fundamentally corrupted by false and scientifically invalid expert testimony.

5. The relief sought is purely forward-looking: an injunction prohibiting Defendants from continuing to give present or future legal, professional, or regulatory effect to the results of that defective process.

6. II. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331, as this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 and the Fourteenth Amendment.

8. This Court has authority to grant prospective injunctive relief under 28 U.S.C. §§            and the doctrine of Ex parte Young, 209 U.S. 123 (1908).

9. This action does not constitute an appeal of a state court judgment and is therefore not barred by the Rooker-Feldman doctrine.

10. Venue is proper in this District under 28 U.S.C. § 1391(b) because the acts and omissions giving rise to the ongoing constitutional violation occur in Puerto Rico.

### III. PARTIES

11. Plaintiff, Dr. Enrique Vázquez Quintana, M.D. is a retired physician and resident of Puerto Rico.

12. Defendants are state officials and/or state entities sued in their official capacities only, responsible for enforcing,

    maintaining, recognizing, or giving effect to the adjudicative consequences challenged herein.

13. At all relevant times, Defendants acted under color of state law.

## IV. FACTUAL ALLEGATIONS

### A. The Defective State Adjudicative Process

14. In or about June, 2015, Plaintiff was adjudicated liable for alleged medical malpractice based exclusively on expert testimony asserting a causal link between thyroid/parathyroid surgery, postoperative hypocalcemia, and dementia.

15. That expert theory lacked scientific validity at the time of trial and has since been conclusively rejected by accepted medical science.

16. The expert testimony was material, decisive, and indispensable to the liability determination.

### B. Subsequent Exposure of the Procedural Defect

17. Years later, the principal expert repudiated the scientific basis of his testimony.

18. In Resolution No. 2023-70, the Puerto Rico Medical Licensing and Discipline Board, acting in its official capacity, concluded that the expert conclusions relied upon by the trial court were incorrect and contrary to accepted scientific evidence, and formally exonerated Plaintiff of professional negligence.

19. Peer-reviewed medical literature published since 2010 uniformly confirms that no causal relationship exists between thyroid surgery, postoperative hypocalcemia, and dementia.

### C. Ongoing Enforcement and Harm

Despite the exposure of the false expert testimony and its official repudiation, Defendants continue to recognize, rely upon, and enforce the consequences of the defective adjudication.

20. The continued enforcement of those consequences constitutes an ongoing violation of Plaintiff's right to due process, as it perpetuates the effects of a constitutionally unreliable procedure.

## V. CONSTITUTIONAL VIOLATION

The Due Process Clause of the Fourteenth Amendment guarantees the right to fundamentally fair adjudicative procedures.

21. A state adjudication that imposes liability through false, fabricated, or scientifically invalid expert testimony is constitutionally infirm.

22. 42 U.S.C. § 1983 provides a federal cause of action where state procedures—rather than the correctness of a state court judgment—are alleged to be fundamentally unfair and violative of due process.

23. Defendants 'continued reliance on the results of such a defective process constitutes an ongoing constitutional violation subject to prospective injunctive relief.

## VI. COUNT I
### Violation of the Fourteenth Amendment – Due Process
### (42 U.S.C. § 1983)

24. Plaintiff incorporates all preceding paragraphs.

25. Defendants, acting under color of state law, are currently enforcing and maintaining the effects of a state adjudicative process that was fundamentally unfair and constitutionally defective.

26. Plaintiff seeks prospective injunctive relief only to halt this ongoing violation of federal constitutional rights.

## VII. PRAYER FOR PROSPECTIVE INJUNCTIVE RELIEF

Plaintiff respectfully requests that the Court:
A. Enjoin Defendants from enforcing, recognizing, or giving present or future legal, professional, or regulatory effect to the results of the constitutionally defective adjudicative process described herein;
B. Order Defendants to cease any ongoing actions that perpetuate the effects of that defective process;
C. Retain jurisdiction to ensure compliance with the Court's injunctive orders; and
D. Grant such other prospective equitable relief only as the Court deems just and proper.

## VIII. NO DAMAGES SOUGHT

Plaintiff expressly disclaims any request for monetary damages, restitution, compensation, attorney's fees, or retrospective relief of any kind.
Respectfully submitted,

*[signature]*
Dr. Enrique Vázquez Quintana, M.D.
Plaintiff, Pro Se
Urb. El Remanso
F-15 Corriente St. San Juan, PR 00926-6108

787 462-0658
evazquezmd@gmail.com
Driver Licence 191 00 58
Medical Licence 2577

Note:
Sworn statement under penalty of perjury.

Signed _____

December 16, 2025